Hamid Jesurun, Plaintiff-Respondent,
against
AD Parking Inc., Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Donald A. Miles, J.), entered on or about October 21, 2015, after trial, in favor of plaintiff and awarding him damages in the principal sum of $3,789.




Per Curiam.
Judgment (Donald A. Miles, J.), entered on or about October 21, 2015, modified by vacating the damage award and directing a new trial on the issue of damages only; as modified, judgment affirmed, without costs.
The trial court achieved "substantial justice" consistent with substantive law principles (CCA 1804, 1807), in resolving the liability aspect of this small claims action in plaintiff's favor, since the (undisputed) evidence supports the finding that plaintiff's vehicle was damaged in defendant's parking lot. Indeed, the court's liability determination is not now challenged by defendant on appeal. The damage award, premised upon the cost to repair the vehicle, is not sustainable, however, inasmuch as plaintiff failed to present "an itemized bill or invoice, receipted or marked paid, or two itemized estimates for . . . repairs" (CCA 1804).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: September 30, 2016